177 A.3d 126

STATE IN THE INTEREST OF D.M., A JUVENILE–RESPONDENT. (STATE OF NEW JERSEY–PETITIONER)

C–436 September Term 2017
079999

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000216–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before February 13, 2018, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before April 2, 2018.